## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN ANN SANDS-WEDEWARD,

      Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-491-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Michael Astrue, Commissioner of Social Security, granting plaintiff Susan Ann Sands-Wedeward's application for disability insurance benefits beginning September 18, 2010. Plaintiff is not entitled to benefits before September 18, 2010. Plaintiff's remaining claims are dismissed without prejudice for failure to complete the administrative review process.

_____
Peter Oppeneer, Clerk of Court

2/20/13
Date